NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

VIRGINIA RIGGS,                                )
                                               )
            Appellant,                         )
                                               )
v.                                             )         Case No.  2D17-1036
                                               )
FISH & WILDLIFE CONSERVATION                   )
COMMISSION,                                    )
                                               )
            Appellee.                          )
                                               )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for Pasco
County; Linda R. Babb, Judge.

Jesse R. Butler of Dickinson & Gibbons,
P.A., Sarasota, for Appellant.

Todd W. Vraspir of The Vraspir Law Firm,
P.A., Spring Hill, for Appellee.


PER CURIAM.


            Affirmed.



LaROSE, C.J., and SLEET and BADALAMENTI, JJ., Concur.